FILED: March 3, 2008

```
            UNITED STATES COURT OF APPEALS
               FOR THE FOURTH CIRCUIT
            _____

                  No. 07-7676
               (1:06-cv-00097-IMK)
            _____
```

SAMUEL HAYWOOD MYLES,

       Plaintiff - Appellant

v.

MARY BARBER, Safety Supervisor in her individual and official capacity; A. GONZALES, in her individual and official capacity; D. GILL, Associate Warden in his individual and official capacity,

       Defendants - Appellees

```
            _____

                  O R D E R
            _____
```

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

       For the Court--By Direction

       */s/Patricia S. Connor, Clerk*